UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-80055-Cr-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

MARC ELIE JEAN-CHARLES,

           Defendant.
_____/

### REPORT AND RECOMMENDATION ON DEFENDANT'S *PRO SE* MOTION TO DISMISS (DE 102) and GOVERNMENT'S MOTION TO STRIKE (DE 112)

THIS CAUSE is before the Court upon the District Court's referral (DE 175) of Defendant's *pro se* motion to dismiss (DE 102) and the Government's motion to strike (DE 112). The Government asserted in its motion that the *pro se* motion was filed contrary to the Local Rules since Defendant was represented. Counsel for Defendant has neither adopted the Defendant's *pro se* motion nor opoposed the Government's motion to strike.

For those reasons this Court **RECOMMENDS** that Defendant's *pro* se motion to dismiss (DE 102) be **DENIED** and the Government's motion to strike (DE 112) be **GRANTED**.

**In view of the impending trial**, a party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Robin L. Rosenberg, **within one (1) day after being served with a copy, that is, by December 3, 2015**. *See* 28 U.S.C. § 636(b)(1)(C).   Failure to file timely objections may limit the scope of appellate review of factual findings contained herein.   See *United States v. Warren*, 687 F.2d 347, 348 (11th Cir.1982) *cert. denied*, 460 U.S. 1087 (1983).

DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 2 day of December, 2015.

*James M. Hopkins*

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:
Honorable Robin L. Rosenberg

Counsel of record